UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARON ERIC MULDROW.<br><br>Plaintiff,<br><br>vs.<br><br>EMAD F. SOLIMAN,<br><br>Defendant. | Index No. 7:26-cv-06400 (KMK)<br><br>**NOTICE OF MOTION**<br><br>Motion is denied without prejudice for failure to follow the Court's Individual Practices. The Clerk is respectfully directed to mail this document to Plaintiff.<br><br>So Ordered.<br><br>10/22/26 |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Emad F. Soliman, M.D.'s Motion to Dismiss the Complaint, and upon all pleadings, records, and proceedings in this action, Defendant Emad F. Soliman, M.D. (the "Defendant"), by and through his undersigned counsel, will move this Court before the Honorable Kenneth M. Karas, United States District Judge, at the United States Courthouse for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be set by the Court for an Order pursuant to Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure:

1. dismissing the Complaint without prejudice for insufficient service of process under Rule 12(b)(5), or, alternatively, quashing the attempted service and directing Plaintiff to effect service within a period set by the Court;
2. independently dismissing the Complaint under Rules 12(b)(1) and 12(b)(6);
3. dismissing with prejudice Plaintiff's demand for damages under Title III of the Americans with Disabilities Act, any purported private claim for criminal extortion, and Plaintiff's request to reinstate or alter workers' compensation benefits under the statutes pleaded;

4. dismissing the remaining federal claims without prejudice, with leave to file no more than one amended complaint within a period set by the Court, if the Court determines that Plaintiff could cure the identified pleading deficiencies; and
5. declining to exercise supplemental jurisdiction over any implied state-law claim;

and for such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
October 2, 2026

Respectfully submitted,

**BAKER LESHKO SALINE & DRAPEAU,**
Attorneys for Defendant Emad F. Soliman,

Katie Wendle

**Katie Wendle, Esq.**
One North Lexington Avenue
White Plains, New York 10601-1712
Telephone: 914.681.9500