U.S District Court-Southern
District of Westchester County, New York
Federal Building Court House White Plains New York
300 Quarropas St Ste 154, White plains NY 10601

Motion is denied, as Defendant is not in default, having filed a timely Motion to Dismiss. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered. 10/22/26

Civil Action No. 1-26cv6400

Taron Eric Muldrow
Plaintiff

-V-

Dr Emad Soliman
Defendant

Rule 55. Notice of motion: Default; Default Judgement
9/28/2026

SDNY DOCKET UNIT
2026 SEP 29 PM 2:56

Attention Clerks office Defendant Dr. Emad Sollman who Refused to give me a Disability Rating After April 1, 2025 Credit Card payment In which was also Challenge By My Bank To Recover $750.00 In which He gave The Findings But Due to "To New York state Workers Compensation Board Ties, Dr Soliman also Violated my Rights (disability Discrimination)

According to Federal Rule 55, Default Is when a Party who Was Served Proof In Affidavit In Support for motion for Default. The Default Judgement (Credit) To Taron Muldrow Sums of money for Damages Done with Intent to Cause Harm by Exhibits Factors also Is Expressed In Affidavit In Support Default motion for Default Judgement.

Taron E Muldrow
[signature] 9/28/2
217 W 18 St
#96