UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2026 NOV -4 PM 4:36
S.D. OF N.Y.W.P.

Taron Eric Muldrow
Plaintiff

Write the full name of each plaintiff or petitioner.

Case No. 7:26 CV 06400 KMK

-against-

Emad F. Soliman
Defendant

Write the full name of each defendant or respondent.

## NOTICE OF MOTION
For Summary Judgement

PLEASE TAKE NOTICE that (plaintiff) or defendant Taron Eric Muldrow name of party who is making the motion

requests that the Court: under Rule 56. Asking The courts and Judge to Grant; Motion For Summary Judgement Containing ExHiBit; Proof of out of pocket payment; Bank Dispute; Emad F. Soliman notes Highlighting 3 other Injuries out Side of Head Injury Causing Sensativity to Light Cause of on Going Headaches; Emad F. Soliman Has No (factual) disputes left to Argue - outside of His Motion to Dismiss In which Is a Clever tactic used By NON Responding Parties.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know. federal Rule 56; For Default Motion was Denied; letter Personal to Judge was Denied; leaving Plaintiff open to courts approval followed By An 100% As plaintiff claims and all Disputed fact against NON Responding Parties

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☑ my own declaration, affirmation, or affidavit
- ☑ the following additional documents: Exhibits of Acknowledgement of 3 other Injuries Included out side of 11/25/24 6397-6260 work Related attack Head Injury; Silmiar to The Judge In Town of Pleasantville Attacked By Same Youths For (JCCA) Refusal To give Rating.

October 30 2026
Dated

[signature]
Signature

Taron Eric Muldrow
Name

Prison Identification # (if incarcerated)

217 W 18th st #96 New York 10011
Address City State Zip Code

Telephone Number (if available)

divineRecompenseWCB@gmail.com
E-mail Address (if available)

Motion is denied as premature. There has been no answer from Defense nor has there been any discovery.

So Ordered. [signature] 11/6/26